# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                    No. 4:14CR00023-003 KGB

ZACARIAS REYNOSO-LOPEZ                                                           DEFENDANT

## ORDER

The motion of the United States of America to dismiss the indictment as to separate defendant Zacarias Reynoso-Lopez is GRANTED (Dkt. No. 35). The indictment now pending against Mr. Reynoso-Lopez is hereby dismissed.

IT IS SO ORDERED this 11th day of March, 2014.

Kristine G. Baker
United States District Judge